UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-cr-00156-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| STEPHEN GLENN BATTS | |

On motion of the Office of the Federal Public Defender on behalf of Stephen Glenn Batts, and for good cause shown, it is hereby ORDERED that D.E. 38 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 15th day of May, 2018.

JAMES C. DEVER III
Chief United States District Judge